IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TYLER KEUP, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CV117 |
| v. | ) | |
| LEFTLER, Sergeant #92030, all being sued in their individual and official capacities, and M. DAVIS, CPL. #92054, all being sued in their individual and official capacities, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's motion for extension of time to pay partial filing fee (filing no. 10) is granted.

2. Plaintiff must pay an initial partial filing fee of $15.00 on or before June 24, 2017, unless the court extends the time in which he has to pay in response to a written motion.

3. After payment of the initial partial filing fee, Plaintiff's institution must collect the additional monthly payments in the manner set forth in 28 U.S.C. § 1915(b)(2), quoted above, and forward those payments to the court.

4. The clerk's office is directed to send a copy of this order to the appropriate official at Plaintiff's institution.

5. The clerk's office is directed to **reset** the pro se case management deadline in this case using the following text: June 24, 2017: initial partial filing fee payment due.

6. Plaintiff is advised that, following payment of the initial partial filing fee, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 26th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge