IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TYLER KEUP, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:17CV117 |
| | ) | |
| v. | ) | |
| | ) | |
| LEFTLER, Sergeant #92030, all being sued in their individual and official capacities, M. DAVIS, CPL. #92054, all being sued in their individual and official capacities, and CASS COUNTY, NEBRASKA, | ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This case was dismissed without prejudice on September 22, 2017, for Plaintiff's failure to keep the court informed of his current address, as required by NEGenR 1.3(e) and (g). (Filing No. 17.) Despite this dismissal, summons were returned executed upon each defendant on October 24, 2017. (Filing Nos. 19, 20, 21.) While no defendant has entered his or its appearance, I shall order the Clerk of Court to send the defendants the Judgment and a copy of this Order to advise them that this matter has been dismissed.

IT IS ORDERED:

1. Using the addresses specified in Filing No. 12, the Clerk of Court shall send to each defendant a copy of the Judgment entered on September 22, 2017, (Filing No. 17) and a copy of this Order.

2. The defendants need not take further action in this case.

DATED this 25th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge